UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                RE:    Ansar El Muhammad, so called
                        Scotty Renauldo CRAWFORD
                        Docket Number:   2:92CR00052-03
                        **EXPIRATION OF TERM OF**
                        **SUPERVISED RELEASE**

Your Honor:

This letter is to advise the Court that the term of supervised release is set to expire on September 18, 2006, in light of the <u>United States v. Sanders</u>, 67F.3d 855 (9th Cir. 1995). On March 30, 1994, the defendant was sentenced on one count of Aiding and Abetting an Armed Bank Robbery and one count of Use of a Firearm During a Crime of Violence to 161 months Bureau of Prisons, followed by three years of supervised release on one count and two years of supervised release on the other to be run consecutively for a total term of supervision of five years.  Subsequently, the supervised release statute was amended to prohibit consecutive terms of supervision for multiple counts in one case and the Ninth Circuit in <u>Sanders</u> held the amendment to be retroactive.  Therefore, unless otherwise ordered by the Court, the probation office will consider the supervision terms to run concurrently, resulting in expiration after three years on September 18, 2006.

The defendant has satisfied his financial penalties in full.  There are no other violations pending.  In light of the case law and the defendant's performance, it is recommended the Court allow supervision to expire as described above.

                                 Respectfully submitted,

                               /s/   John A. Poglinco

                             **JOHN A. POGLINCO**
                             **Senior United States Probation Officer**

RE:   **Ansar El Muhammad, so called**
**Scotty Renauldo CRAWFORD**
**Docket Number:   2:92CR00052-003**
**EXPIRATION OF TERM OF SUPERVISED RELEASE**


Dated:     September 12, 2006
           Sacramento, California
           JAP:jz


**REVIEWED BY:**       /s/   Kyriacos M. Simonidis
                 **KYRIACOS M. SIMONIDIS**
                 **Supervising United States Probation Officer**


cc:   Benjamin Wagner
      Assistant United States Attorney

      William Bonham
      Defense Counsel

---

AGREE: X


DATE:  September 12, 2006

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE